UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　　v.<br>SAMER KARAWI,<br>　　　　　　Defendant. | CR04-398L<br><br>ORDER AUTHORIZING THE<br>ISSUANCE OF A RULE 17(c)(1) SUBPOENA |

　　　　The defendant, Samer Karawi, having moved the court, pursuant to Fed. R. Crim. P., Rule 17(c)(1), for an order authorizing the issuance of a subpoena, returnable before trial (specifically, on May 16, 2005), addressed to the Office of the Sheriff, King County, Washington, and the court having reviewed the declaration of counsel and the memorandum of law submitted in support of the motion, as well as the responsive pleadings filed by the United States, the court has concluded that the motion is meritorious and should be granted;  accordingly, it is hereby ORDERED as follows:

　　　　1. Defense counsel is authorized to issue a subpoena *duces tecum* addressed to the Office of the Sheriff, King County, Washington, returnable before this court or at such other location as may be agreed to by counsel for the parties and counsel for the witness, King County, in this case;

　　　　2. The subpoena may be made returnable on a date to be determined by defense counsel, but not earlier than May 16, 2005 at 9:00 a.m. and as determined to be convenient for the office of the King

County Sheriff;

    3. The subpoena may require the production of any videotapes (or copies) obtained by the Sheriff's Office as part of its investigation of Incident Nos. 00-112845 and 01-272913, any photographs (or copies) taken as part of the investigations reflected in the incident reports bearing the foregoing incident numbers, and any reports reflecting interviews with witnesses to the foregoing matters; and

    4. The court reserves judgment, until the time of the trial, with respect to the admissibility of the videotapes or other items of tangible evidence obtained through the Rule 17(c)(1) subpoena, and with respect to any testimony or other evidence relating to the incidents covered by King County Sheriff's Office Incident Report Nos. 00-112845 and 01-272913.

    DONE this 12th day of May, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

By: /s/ Allen R. Bentley
    ALLEN R. BENTLEY
    WSBA No. 12275
    Law Offices of Allen R. Bentley
    1111 Third Avenue
    Seattle, WA  98101
    Telephone: (206) 343-9391
    Fax: (206) 682-3746
    Email: abentley@concentric.net

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391