# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMER KARAWI,<br><br>　　　　Defendant. | Case No. CR04-398L<br><br>ORDER CONTINUING TRIAL DATE |

Based on the records and files herein and the representations of defense counsel, the government, and Mr. Karawi, the Court finds that:

1.　On March 17, 2005, this Court issued an order continuing Mr. Karawi's trial from March 21, 2005 to June 6, 2005;

2.　An *ex parte* motion filed by defense counsel has recently been granted. The motion relates to the gathering and analysis of information necessary to Mr. Karawi's defense. The timing of the motion makes it likely that defense counsel will not have the opportunity to obtain the information and determine its utility prior to the June 6, 2005 trial date;

3.　Defense counsel and counsel for the government have been contacted by phone and consent to a continuance of the trial date until June 20, 2005;

4.　Mr. Karawi has previously executed a "Waiver of Speedy Trial Rights" (Dkt. # 96) in which he has agreed to a trial continuance "to June 20, 2005, or to any other date prior to June

ORDER CONTINUING TRIAL DATE

1  30, 2005 that may be convenient for the court and the other party in the case"; and

2      5.    The ends of justice outweigh the best interests of the public and the defendant in a
3  speedy trial.  In light of the *ex parte* motion referred to above, failure to grant a continuance
4  would deny defense counsel adequate time to effectively prepare for trial.

5      For all the foregoing reasons, IT IS HEREBY ORDERED that the trial date is continued
6  from June 6, 2005 to June 20, 2005.

7      IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Section
8  3161(h), the period of time from the date of this order to the new trial date is excluded in the
9  computation of time under the Speedy Trial Act.

10

11      DATED this 2nd day of June, 2005.

12

13

14                          Robert S. Lasnik
15                          United States District Judge

16

17

18

19

20

21

22

23

24

25

26

ORDER CONTINUING TRIAL DATE

-2-