1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

UNITED STATES OF AMERICA,

10              Plaintiff,

11       v.

12   SAMER KARAWI,

13              Defendant.

Case No.  CR04-398L

ORDER DENYING MOTION TO
STRIKE THE "REASONABLE CAUSE
TO BELIEVE" ALLEGATIONS FROM
THE SUPERCEDING INDICTMENT

14

15       This matter comes before the Court on the "Motion to Strike the 'Reasonable Cause to

16   Believe' Allegations from Counts 1, 2, 3, & 4" of the superceding indictment (Dkt. # 83, the

17   "Motion").  For the reasons set forth in the Court's previous "Order Denying Motion to Strike

18   'Reasonable Cause' Allegation from the Indictment" (Dkt. # 92), the Motion is DENIED.

19

20       DATED this 14th day of June, 2005.

21

22                                                    _____

23                                                    Robert S. Lasnik
                                                     United States District Judge

24

25

26   ORDER DENYING MOTION TO STRIKE
     THE "REASONABLE CAUSE TO
     BELIEVE" ALLEGATIONS FROM THE
     SUPERCEDING INDICTMENT