UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

SAMER KARAWI,

    Defendant.

Case No. CR04-398L

ORDER DENYING MOTION FOR RELEASE ON BOND

This matter comes before the Court on defendant's "Motion to Represent Myself as My Counselor to Release on Bond Only." Karawi notes in this motion that he is represented by counsel for the purpose of his appeal. Release pending appeal is granted in limited circumstances. 18 U.S.C. § 3143(b)(1). The burden to establish compliance with these provisions rests with the defendant. Fed. R. Crim. P. 46(c). Karawi fails to do so. IT IS HEREBY ORDERED that defendant's motion for release on bond is DENIED.

DATED this 22nd day of November, 2005.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR
RELEASE ON BOND                        1