Chief Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SAMER KARAWI, <br><br> Defendant. | NO.   CR04-398RSL <br><br> ORDER GRANTING UNITED STATES' MOTION TO UNSEAL PORTION OF TRANSCRIPT OF MARCH 17, 2005, PRETRIAL CONFERENCE <br> ~~(Proposed)~~ |

This matter comes before the Court on the United State's motion to unseal and have transcribed a portion of a pretrial conference held on this matter on March 17, 2005. The Court, having reviewed the motion, and being otherwise fully advised, now therefore, hereby

ORDERS that the Court Reporter's notes of any portion of the March 17, 2005, hearing conducted while Assistant United States Attorney Vincent T. Lombardi was

///
///
///

ORDER GRANTING U.S. MOTION TO UNSEAL - 1
(KARAWI, CR04-398RSL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

present in the courtroom are hereby unsealed. The Court Reporter is directed to transcribe those portions of the hearing forthwith.

Dated this 17th day of July, 2006.

*signature*

Robert S. Lasnik
United States District Judge

Presented by:

JOHN McKAY
United States Attorney

s/ *Vincent T. Lombardi*
VINCENT T. LOMBARDI
WSBA # 21967
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Ste. 5220
Seattle, Washington 98101
Facsimile: 206-553-4440
Phone: 206-553-5178
E-mail: vince.lombardi@usdoj.gov

ORDER GRANTING U.S. MOTION TO UNSEAL - 2
(KARAWI, CR04-398RSL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970