JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR04-00398RSL |
| Plaintiff, | |
| v. | ORDER GRANTING RENEWED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| SAMER KARAWI, | |
| Defendant. | (PROPOSED) |

This matter having come before the Court on the Defendant's Renewed Motion for Early Termination of Supervised Release, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Karawi's supervised release is warranted by the conduct of Mr. Karawi and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Karawi shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this 30th day of April, 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING RENEWED
MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Samer Karawi*; CR04-00398RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Submitted by:

s/ *Mohammad Ali Hamoudi*
Assistant Federal Public Defender
Attorney for Samer Karawi

ORDER GRANTING RENEWED
MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Samer Karawi*; CR04-00398RSL) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100